### August 6, 1997

| 19097 | Lapierre v. Hall | Affirmed |

### August 8, 1997

| 19777 | State Poultry Processors, Inc. v. Sato | Dismissed in part, Affirmed in part |

### August 12, 1997

| 19217 | Kahana Sunset Owners Ass'n v. Maui County Council | Affirmed |
| 20274 | State v. Anderson | Affirmed |
| 20134 | State v. Flournoy | Affirmed |
| 19448 | State v. Meyers | Affirmed |
| 19520 | State v. Sasaki | Vacated |